Case 2:1

JS6

FILED
CLERK, U.S. DISTRICT COURT
AUG - 1 2012
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SCHOLASTICA EBUNILO, an individual,

Plaintiff,

vs.

WALGREEN NATIONAL CORPORATION, an Illinois Corporation; LORENZO VERDUZCO, an individual and DOES 1 through 100, inclusive.

Defendants.

Case No.: 2:12-cv-03465-R-CW

*[Assigned to Hon. Manuel L. Real]*

[Los Angeles County Superior Court Case No. BC 476072]

[Assigned to the Hon. Teresa Sanchez-Gordon]

**REMAND ORDER**
(28 U.S.C. 1447(c))

Date: June 18, 2012
Time: 10:00 a.m.
Courtroom: 217

*[FAC Filed March 15, 2012]*

The Motion of Plaintiff to remand this action to the Superior Court of California was submitted for decision on June 18, 2012. The Court considered the papers submitted in support of and in opposition to the motion, the

authorities cited by the parties, and the arguments of counsel. It appears to the court has no subject matter jurisdiction over the action in that the asserted basis for removal was diversity of citizenship under 28 U.S.C § 1332, and contrary to the provisions of 28 U.S.C. § 1141(b), one defendant, LORENZO VERDUZCO is actually a citizen of the State of California because that is the State where they reside or has its principal place of business.

Therefore,

**IT IS ORDERED** that:

1. The Plaintiff's motion to remand this case to the Superior Court of California is GRANTED:

2. This cause is REMANDED to the Superior Court of California;

3. The Clerk of this Court is directed to prepare a certified copy of this order and mail it to the Clerk of the Superior Court of California, County of Los Angeles Central District.

Dated: Aug. 1, 2012

UNITED STATES DISTRICT JUDGE